IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5 15 CR 446 |
| v. ) | |
| ) | Title 18, United States Code, |
| TERRENCE JOSEPH McNEIL, ) | §§ 373(a), 875(c), and 2 |
| ) | |
| Defendant. ) | JUDGE POLSTER |

### I. GENERAL ALLEGATIONS

At all times relevant to this Indictment, except where otherwise noted:

1. Defendant TERRENCE JOSEPH McNEIL (hereafter, "Defendant") was a resident of Akron, Ohio.

2. The Islamic State of Iraq and the Levant (hereinafter "ISIL") was a designated Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act and a Specially Designated Global Terrorist Entity under section 1(b) of Executive Order 13224. ISIL also claimed to call itself the "Islamic State."

3. Beginning at least as early as on or about May 11, 2014, Defendant maintained online social media accounts with several social media websites, including Facebook, Twitter, and Tumblr (the "Social Media Accounts").

4.     From at least on or about May 11, 2014, through on or about October 3, 2015, Defendant posted the following statements, among others, on his Social Media Accounts:

    a.     On or about May 11, 2014, Defendant posted, "I can't wait for another 9/11, Boston bombing, or Sandy Hook!!!"

    b.     On or about May 12, 2014, Defendant posted, "I would gladly take part in an attack on this murderous regime and the poeple [sic]."

    c.     On or about May 12, 2014, Defendant posted, "I'll be proud when I sled [sic] american blood."

    d.     On or about May 14, 2014, Defendant posted, "Somebody should park a car bomb in front of a church, school, or mall."

    e.     On or about July 20, 2014, Defendant posted, "13 Israeli soldiers killed today, if that's not cause for celebration I don't know what is."

    f.     On or about February 3, 2015, Defendant posted, "This is what happens when you bomb women and children and get caught. Alhumdullilah I was worried for a while they might let that murderer go." Defendant attached to his post three pictures of a Jordanian pilot who was burned to death by ISIL fighters. The pictures were of the pilot before, during, and after his death, showing the pilot engulfed in flames.

    g.     On or about April 21, 2015, Defendant posted, "No American citizen is safe, fisabilillah they are all valid target [sic]. Until our brothers and sisters are free from imprisonment, harassment, torture, bombs, and bullets American will bleed inshallah."

    h.     On or about July 7, 2015, Defendant posted, "Too many homicidal thoughts."

2

      i.      On or about July 16, 2015, Defendant posted, "I just heard the news Allahu Akbar!!!! May Allah (SWT) accept our brother Muhammad Youssef Abdulazeez." Defendant's post referred to the events of July 16, 2015, where Muhammad Youssef Abdulazeez opened fire on two military installations located in Chattanooga, Tennessee. Four Marines and one Navy sailor were killed, and Abdulazeez was killed by authorities.

      j.      On or about August 7, 2015, Defendant posted, "Being Muslim, black, and native american in the US, I feel like it's my duty to burn America."

      k.      On or about August 14, 2015, Defendant posted a photograph of a black handgun with the caption, "YODO YOU ONLY DIE ONCE WHY NOT MAKE IT MARTYRDOM."

      l.      On or about September 21, 2015, Defendant posted, "The only Muslims that should come to the US are ones that carry black banners looking to conquer."

5.      On or about September 24, 2015, Defendant posted on his Tumblr account a file that displayed a banner titled, "Islamic State Hacking Division," stretched across the background of the black flag commonly used by ISIL and its supporters. Beneath the banner was written, "Target: United States Military" and "Leak: Addresses of 100 US Military Personnel." The file type was a .gif file, which allowed multiple still images to be looped in one file, with a timed delay between each image being displayed.

      a.      The text of the first image read, in part, "O Kuffar in America, O you who worship the cross, O You crusaders that fight the Islamic State, we say to you: 'DIE IN YOUR RAGE,' die in your rage because with the grace of Allah, The Islamic State Hacking Division (ISHD) has hacked several military servers, databases and emails and with all this access we have successfully obtained personal information related to military personnel in the United States

3

Air Force, NAVY & Army. . . . [W]e have decided to leak 100 addresses so that our brothers residing in America can deal with you."

        b.       The text of the first image continued: "O Brothers in America, know that the jihad against the crusaders is not limited to the lands of the Khilafah, it is a world-wide jihad and their war is not just a war against the Islamic State, it is a war against Islam. . . . Know that it is wajib for you to kill these kuffar! and now we have made it easy for you by giving you addresses, all you need to do is take the final step, so what are you waiting for? Kill them in their own lands, behead them in their own homes, stab them to death as they walk their streets thinking that they are safe. . . ."

        c.       The file then looped through several dozen photographs of United States military personnel, along with their respective names, home addresses, and military branches. Several of the photographs contained pictures of the military personnel holding infants or young children.

        d.       The final image of the loop contained a picture of a handgun and a knife with text that read: ". . . and kill them wherever you find them . . ."

        6.       On or about October 3, 2015, Defendant posted on his Twitter account, "Released – Address of the US Navy Seal [R.O.] who killed Sheikh Osama Bin Laden R.A. - #GoForth #RunRobertRun." Defendant included in his post an embedded link that when clicked revealed the following:

        a.       At the top of the page, the link stated "Breaking News" and claimed to provide ". . . the address of the US Navy Seal who killed Sheikh Osama Bin Laden R.A." Beneath the text was listed R.O.'s purported address and a link to R.O.'s purported photograph.

4

  b. Defendant's link further stated that R.O "is a mummy's boy who has been trying to hide yet still lives with his father . . . and mother. . . . In between going around America to conferences boasting at how his 'claim to fame' is killing Sheikh Osama Bin Laden R.A. . . . I am posting the address to brothers & to Al Qaeda in the U.S as a number one target."

  7. On or about October 3, 2015, Defendant posted the content regarding R.O. and his address and photograph from the embedded link described above onto Defendant's Tumblr page. Defendant added the statement, "don't let this kafir sleep peacefully," to his Tumblr post.

II. STATUTORY VIOLATIONS

COUNT 1<br>
(September 24, 2015 Tumblr Threat in violation of 18 U.S.C. §§ 875(c) and 2)

The Grand Jury charges:

  8. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

  9. On or about September 24, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, knowingly and willfully did transmit in interstate and foreign commerce from Akron, Ohio, to the State of New York, and to other states and countries, a communication providing the names, addresses, photographs, and branches of the military of approximately one-hundred United States servicemen and women to the followers, and any viewers, of Defendant's Tumblr account, and the communication contained threats to injure the approximately one-hundred United States servicemen and women, including, among others, to "[k]ill them in their own lands, behead them in their own homes, stab them to death as they walk their streets thinking that they are safe. . . and kill them wherever you find them."

  All in violation of Title 18, United States Code, Sections 875(c) and 2.

5

COUNT 2
(September 24, 2015 Tumblr Solicitation in violation of 18 U.S.C. §§ 373(a) and 2)

The Grand Jury further charges:

10. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

11. On or about September 24, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, with the intent that other persons engage in conduct constituting a felony that has as an element the use and attempted use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade such other persons to engage in such conduct, to wit: to kill and attempt to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of official duties; that is certain members of the United States uniformed services, in violation of Title 18, United States Code, Section 1114, and to knowingly assault and batter certain United States servicemen on account of the military service of the servicemen and status of the individuals as United States servicemen, in violation of Title 18, United States Code, Section 1389(a).

All in violation of Title 18, United States Code, Sections 373(a) and 2.

COUNT 3
(October 3, 2015 Twitter Threat in violation of 18 U.S.C. §§ 875(c) and 2)

The Grand Jury further charges:

12. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

13. On or about October 3, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, knowingly and willfully did transmit in interstate and foreign commerce from Akron, Ohio, to the State of California, and to other states and countries, a communication providing the name, address, and branch of the military of R.O. to the followers, and any viewers, of Defendant's Twitter account, and the communication contained a threat to injure R.O., including, among others, "Released – Address of the US Navy Seal [R.O.] who killed Sheikh Osama Bin Laden R.A. - #GoForth #RunRobertRun. . . . I am posting the address to brothers & to Al Qaeda in the U.S. as a number one target."

All in violation of Title 18, United States Code, Sections 875(c) and 2.

## COUNT 4
(October 3, 2015 Twitter Solicitation in violation of 18 U.S.C. §§ 373(a) and 2)

The Grand Jury further charges:

14. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

15. On or about October 3, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, with the intent that other persons engage in conduct constituting a felony that has as an element the use and attempted use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such other persons to engage in such conduct, to wit: to kill and attempt to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of official duties; that is R.O., a member of the United States uniformed services, in violation of Title 18, United States Code, Section 1114, and to knowingly assault and batter R.O., a United States serviceman, on account of the military service

7

of the serviceman and status of the individual as a United States serviceman, in violation of Title 18, United States Code, Section 1389(a).

All in violation of Title 18, United States Code, Section 373(a) and 2.

## COUNT 5
(October 3, 2015 Tumblr Threat in violation of 18 U.S.C. §§ 875(c) and 2)

The Grand Jury further charges:

16. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

17. On or about October 3, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, knowingly and willfully did transmit in interstate and foreign commerce from Akron, Ohio, to the State of New York, and to other states and countries, a communication providing the name, address, and branch of the military of R.O. to the followers, and any viewers, of Defendant's Tumblr account, and the communication contained a threat to injure R.O., including, among others, "Released – Address of the US Navy Seal [R.O.] who killed Sheikh Osama Bin Laden R.A. - #GoForth #RunRobertRun. . . . I am posting the address to brothers & to Al Qaeda in the U.S. as a number one target," and "don't let this kafir sleep peacefully."

All in violation of Title 18, United States Code, Sections 875(c) and 2.

## COUNT 6
(October 3, 2015 Tumblr Solicitation in violation of 18 U.S.C. §§ 373(a) and 2)

The Grand Jury further charges:

18. The allegations contained in paragraphs 1 through 7, including all sub-paragraphs, are re-alleged and incorporated as though fully set forth herein.

8

19. On or about October 3, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRENCE JOSEPH McNEIL, with the intent that other persons engage in conduct constituting a felony that has as an element the use and attempted use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such other persons to engage in such conduct, to wit: to kill and attempt to kill an officer and employee of the United States while such officer and employee was engaged in and on account of the performance of official duties; that is R.O., a member of the United States uniformed services, in violation of Title 18, United States Code, Section 1114, and to knowingly assault and batter R.O., a United States serviceman, on account of the military service of the serviceman and status of the individual as a United States serviceman, in violation of Title 18, United States Code, Section 1389(a).

All in violation of Title 18, United States Code, Section 373(a) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.