IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE DAN A. POLSTER |
| TERRENCE JOSEPH McNEIL | * | |
| | | <u>NOTICE OF INTENT TO WAIVE</u> |
| Defendant | * | <u>JURY TRIAL</u> |
| | * * * | |

Now comes the Defendant, TERRENCE JOSEPH McNEIL, by and through undersigned

counsel, and pursuant to Fed.R.Crim.P.23(a), hereby respectfully gives notice to this Court of his

intent to waive the jury trial in this matter and try this case to the Court.

Respectfully submitted,


*/S/ NATHAN A. RAY*
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171
330-253-7174 fax
burdon-merlitti@neo.rr.com

<u>PROOF OF SERVICE</u>

I hereby certify that on January 3, 2017, a copy of the foregoing Notice of Intent to

Waive Jury Trial was electronically filed. Notice of this filing will be sent by operation of the

Court's electronic filing system to all parties indicated on the electronic filing receipt. All other

parties will be served by regular U.S. Mail. Parties may access this filing through the Court's

system.

*/S/ NATHAN A. RAY*
NATHAN A. RAY
Attorney for Defendant