IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:15CR446 |
| Plaintiff | * | |
| -vs- | * | JUDGE DAN A. POLSTER |
| TERRENCE JOSEPH McNEIL | * | MOTION TO CONTINUE TRIAL |
| Defendant | * | |
| | * * * | |

Now comes the Defendant, TERRENCE JOSEPH McNEIL, by and through undersigned counsel, who respectfully moves this Court for an order continuing the trial presently scheduled for February 6, 2017, at 9:00 a.m. Counsel has been diligently preparing this matter for trial. When the trial date was set by this Court it was counsel's belief that he would be fully prepared for trial. Throughout the process in this case the discovery materials contained on the electronic media has been overwhelming. There has also been additional discovery materials which counsel has received and reviewed. A request to continue this trial date is not for purposes of delay. Rather, counsel for Mr. McNeil needs the additional time in order to fully prepare for Mr. McNeil's defense in this case. Defendant McNeil is aware of this request and has no objection.

Respectfully submitted,

*/S/ NATHAN A. RAY*
NATHAN A. RAY #0041570
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171
330-253-7174 fax
burdon-merlitti@neo.rr.com

<u>PROOF OF SERVICE</u>

    I hereby certify that on January 6, 2017, a copy of the foregoing Motion to Continue Trial was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                                */S/ NATHAN A. RAY*
                                                                 NATHAN A. RAY
                                                                 Attorney for Defendant