# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.** 5:15cr446 |
| ) | |
| **Plaintiff,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| **V.** ) | |
| ) | **MINUTES OF PROCEEDING** |
| ) | **HELD ON** |
| Terrence McNeil ) | |
| **Defendant(s).** ) | February 24, 2017 |
| ) | |

U.S. Attorney: _Chris Georgalis_____

Attorney for Defendant(s): _Nathan Ray_____

_____    CJA: __✓____
                                  FPD: _____
                                  Retained: _____

Proceedings:  Pretrial Conference

The government placed plea agreement offers on the record. The defendant rejected the plea offers.  Trial will go forward as scheduled.

Court Reporter: _Lance Boardman_____          s/Katherine King_____
                                              Courtroom Deputy

Time: _21 minutes_____