IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:15CR446 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE J. MCNEIL, | ) | GOVERNMENT'S PROPOSED VOIR |
| | ) | DIRE |
| Defendant. | ) | |

The United States of America submits the following proposed questions for inclusion in the Court's voir dire of the jury in this case.  In addition to the specific questions identified in Schedules A and B below, the government requests the Court ascertain the following general background information from each juror:

1. His/her occupation;

2. His/her marital status; and

3. The occupation of the prospective juror's spouse.

**General Voir Dire Questions**

1. Do you know the defendant, TERRENCE J. MCNEIL, or any members of his family?

2. The defendant, TERRENCE J. MCNEIL, is represented by Nathan Ray. Do you know the attorney or members of his family?

3.      The government is represented by Assistant United States Attorneys Chris Georgalis and Michelle Baeppler.  Do you know these individuals or members of their families?

4.      Do you know any of the partners or law associates of any of the attorneys?

5.      Have you or any member of your household been a party, either plaintiff or defendant, in a civil case that has been filed in the course of the past ten years?

6.      Have you ever served on a grand jury?

7.      Have you or any member of your family ever been indicted by a grand jury?

8.      Have you or any member of your family ever been convicted of any crime other than a traffic offense?

9.      Have you or any member of your family ever been the victim of a crime?

10.     Have you ever been a witness in a criminal case?

11.     Have you ever served on a petit jury?

        (a) was it a civil or criminal case?

        (b) did you participate in jury deliberations resulting in a verdict?

12.     Have you, your close friends, or relatives, ever been involved in a case or dispute with the United States government or any agency thereof in which a claim was made against the government or in which the government has made a claim against you, a close friend, or relative?

13.     Have you or any relative or close friend ever maintained employment with:

        (a) any law enforcement agency; or

        (b) any other agency or department of the United States of America?

14.     Would you judge the credibility of law enforcement officers, or other government witnesses, by the same standards that you would apply to any other witnesses?

15.     The Court instructs you that an indictment is not evidence.  Would you regard an indictment as evidence or as an inference of guilt?

16.     Do you have a hearing or sight problem that would interfere with your ability to see or hear the witnesses or to hear any audio recordings presented in this case?

2

17.    Are you on any medication that would impair your ability to concentrate on the testimony, the arguments of counsel, or the instructions of the court?

18.    Do you have a health problem that would impair your ability to give this case your complete attention?

19.    Do you have any beliefs, whether personal, moral, or religious, that is of such a nature that you would not be comfortable sitting in judgment of another's guilt or innocence?

20.    Do you know of any reason why you would be biased or assert prejudice or sympathy in this case?

21.    Do you know of any reason why you cannot serve as a fair and impartial juror?

22.    A defendant is presumed to be not guilty.  Will you presume this defendant to be not guilty unless and until the government proves guilt?

23.    The government must prove each and every element of a crime beyond a reasonable doubt before you may return a verdict of guilty.  Will you require the government to prove guilt beyond a reasonable doubt in this case?

24.    The law does not require that a defendant prove that he is not guilty.  Will you apply the rule of law that does not require a defendant to prove his innocence?

25.    Are you willing to confine your deliberations to the evidence in this case as presented in the courtroom?

26.    There are two kinds of evidence: direct and circumstantial.  Direct evidence is evidence you actually observe, such as, me speaking to you right now.  Circumstantial evidence is evidence information you infer based on common human experience.  Examples of circumstantial evidence include concluding that someone had walked along a beach when you see human footprints in the sand or that it had snowed while you were sleeping as you awoke to snow on the ground when none was there the night before.  The law considers direct and circumstantial evidence to have equal weight.

    a.  Does anyone disagree with the notion that direct and circumstantial evidence are regarded in the eyes of the law to have equal weight?

    b.  Is there anyone who would dismiss or discount circumstantial evidence simply because of its status as circumstantial evidence?

    c.  Will each of you follow the Court's instruction that direct and circumstantial evidence have equal weight and value?

27.    Are you willing to apply the court's instructions as to the law and not substitute any ideas or notions of your own as to what you think the law should be?

3

28.     Are you willing to wait until all the evidence has been presented and the court has instructed you on all the applicable law before coming to any conclusion with respect to charges contained in the Superseding Indictment?

29.     In your deliberations are you willing to abide by your convictions and not agree with other jurors solely for the sake of being congenial, if you are convinced that the opinions of other jurors are not correct?

### Case Specific Questions

#### Experience with the Investigating Agencies

30.     You may hear testimony in this case from law enforcement officers and government employees:  specifically, Special Agents of the Federal Bureau of Investigation ("FBI"), the Joint Terrorism Task Force ("JTTF") and the University of Akron Police Department. Do you have any beliefs about, experience with, or opinion regarding these law enforcement agencies, or law enforcement officials in general, that would make it in any way difficult for you to be a fair and impartial juror in this case?

31.     Would you be unable to return a verdict of guilty in a trial with testimony from individuals from any of these agencies?

#### Television, Newspapers, and Magazines

32.     Prior to coming to court today, were you aware of this case?

33.     Had you learned of the case through any media reports on television, radio, or in the newspaper?

34.     Would your familiarity with the case through news reports impact your ability to be a fair and impartial juror?

35.     Knowing what you have heard about the case, could you put that information aside and consider only the evidence admitted at trial?

#### Military

36.     Does anyone here presently serve or has ever served in the United States Armed Forces?

        a) what branch?
        b) when?
        c) what capacity?
        d) where served?
        e) how many tours of duty?
        f) any service in the Middle East?

4

37.     Does anyone in the jury panel have a family member or friend that has served in the United States Armed Forces?

     a)  what branch?
     b)  when?
     c)  what capacity?
     d)  where served?
     e)  how many tours of duty?
     f)  any service in the Middle East?

38.     The charges in this Superseding Indictment involve what the government alleges amount to threats against United States military personnel, that is threats to kill.  The government also alleges that the Defendant intentionally solicited or tried to persuade others to kill United States military personnel.

     Is there anything about the nature of the charges that you believe would make you unable to serve as a fair and impartial juror in this case?

39.     You will hear testimony from some military personnel in this case.  Will you judge the testimony of the military personnel in the same fashion and using the same rules that the Judge instructs you apply to all witnesses?

## Use of Social Media

40.     Does anyone here participate in the use of social media?

41.     Which types of social media do you use?

42.     How often do you use social media?

43.     As a consequence of your use of social media are you familiar with how various social media platforms operate?  Which ones?

44.     Much of the evidence the government will present in this case is evidence from social media platforms used by defendant.  Does the presentation of this type of evidence cause you any concern?

45.     Would you feel more comfortable knowing that an expert in the area of social media will likely testify to assist in your understanding of those social media platforms that are relevant to this case?

## Current Events regarding the Middle East

46.     Does anyone follow the current events in the Middle East?

     a.  what news/countries do you follow?

> b.  why do you follow those specific events?
> c.  how closely do you follow these events/countries?

47.  Some of the conflicts in the Middle East involve U.S. involvement in the same.  Does anyone have any strong feelings one way or another about U.S. involvement in the Middle East?

48.  Much of the evidence in this case relates to the Islamic State, Islamic State ideology, Islamic extremism, and terrorist attacks.

Has everyone heard of the Islamic State?

49.  Is there anyone on the panel that follows current affairs regarding the Islamic State and Islamic extremism?  What are your news sources for the same?

50.  Does the fact that in this case you will receive evidence regarding the Islamic State cause anyone to believe that they would be unable to sit as a juror in this case?

a.  do you believe you can keep an open mind, listen to the evidence, and judge the evidence fairly and impartially?

51.  Does anyone know or speak Arabic or any other Middle Eastern language?

a.  what is your level of proficiency?
b.  can you read the written word?

52.  Is anyone in the group familiar with the history and practices of Islam?

53.  Has anyone in the group heard of Sharia law?

a.  what do you know about it?
b.  do you have any opinions about Sharia law?

## Graphic Nature of Evidence

54.  Much of the evidence in this case that will be presented to you is extremely graphic in nature and will likely be difficult to watch.  This evidence will be offered to you by the government because it is necessary for the government to prove certain elements of the offenses charged.

Is there anyone here that believes that they will be unable to withstand the viewing of this type of evidence, such that they could not be a fair and impartial juror in this case?

## Firearms

55.  Does anyone own a firearm or have you ever owned a firearm?

6

56.     Does anyone have any strong sentiments, either for or against firearms ownership?

Respectfully submitted,

DAVID A. SIERLEJA
Acting United States Attorney

By:     /s/ Michelle M. Baeppler
        Michelle M. Baeppler (OH: 0065378)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3995
        (216) 685-2378 (facsimile)
        Michelle.Baeppler@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Michelle M. Baeppler
Michelle M. Baeppler
Assistant U.S. Attorney

7