# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

———————————

No: 17-4150

———————————

Filed: September 05, 2018

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

                                              5:15cr446 - DAP

TERRENCE JOSEPH MCNEIL

        Defendant - Appellant.

## MANDATE

Pursuant to the court's disposition that was filed 08/09/2018 the mandate for this case hereby issues today.   Affirmed

COSTS:  None